UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

In re:
TRIANA, JOSE DOMINGUEZ

Case No.　　**11-20342-BKC-LMI**
Chapter 7

Debtor
_____/

### TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

The trustee herein files this Notice of Dividends to the creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

The dividend checks were mailed to creditors on 02/15/13. If checks are not cashed within 90 days by the creditors all remaining funds will be turned over to the clerk of court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 311.

/s/ Barry E. Mukamal
Barry E. Mukamal, Trustee
One SE Third Avenue - Box 158
Miami, FL  33131
(305) 995-9798

Printed: 02/15/13 11:11 AM                    **Trustee's Final Dividend**                    Page: 1

### Case: 11-20342   TRIANA, JOSE DOMINGUEZ

| Claim # | Date | Pri | Claimant / Proof / <Category> | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 04/18/11 | 200 | Barry E. Mukamal, Trustee<br>1 SE Third Avenue, Box 158<br>Miami, FL 33131<br><2100-00   Trustee Compensation> | 732.00 | 732.00 | 732.00 | 0.00 | 0.00 |
| | 04/18/11 | 200 | Barry E. Mukamal, Trustee<br>1 SE Third Avenue, Box 158<br>Miami, FL 33131<br><2200-00   Trustee Expenses> | 70.09 | 70.09 | 70.09 | 0.00 | 0.00 |
| | | | **Total for Priority 200:   100% Paid** | **$802.09** | **$802.09** | **$802.09** | **$0.00** | **$0.00** |
| | | | **Total for Admin Ch. 7 Claims:** | **$802.09** | **$802.09** | **$802.09** | **$0.00** | **$0.00** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 07/21/11 | 610 | FIA CARD SERVICES N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102<br><7100-00   General Unsecured § 726(a)(2)> | 1,762.33 | 1,762.33 | 282.46 | 1,479.87 | 0.00 |
| 2 | 07/21/11 | 610 | FIA CARD SERVICES N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102<br><7100-00   General Unsecured § 726(a)(2)> | 4,729.28 | 4,729.28 | 758.00 | 3,971.28 | 0.00 |
| 3 | 07/27/11 | 610 | Capital One N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374<br><7100-00   General Unsecured § 726(a)(2)> | 453.36 | 453.36 | 72.66 | 380.70 | 0.00 |
| 4 | 07/28/11 | 610 | Capital One Bank N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839<br><7100-00   General Unsecured § 726(a)(2)> | 834.55 | 834.55 | 133.76 | 700.79 | 0.00 |
| 5 | 08/02/11 | 610 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601<br><7100-00   General Unsecured § 726(a)(2)> | 1,126.99 | 1,126.99 | 180.63 | 946.36 | 0.00 |
| 6 | 08/16/11 | 610 | Midland Funding LLC<br>by its authorized agent Recoser LLC<br>25 SE 2 Avenue, Ste 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 1,036.47 | 1,036.47 | 166.12 | 870.35 | 0.00 |
| 7 | 09/19/11 | 610 | Verizon Wireless<br>POB 3397<br>Bloomington, IL 61702<br><7100-00   General Unsecured § 726(a)(2)> | 685.49 | 685.49 | 109.87 | 575.62 | 0.00 |

Printed: 02/15/13 11:11 AM  **Trustee's Final Dividend**  Page: 2

Case:  11-20342    TRIANA, JOSE DOMINGUEZ

| Claim # | Date | Pri | Claimant / Proof / <Category> | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 8 | 09/30/11 | 610 | Captial One NA<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712<br><7100-00   General Unsecured § 726(a)(2)> | 451.78 | 451.78 | 72.41 | 379.37 | 0.00 |
| | | | **Total for Priority 610:    16.02771% Paid** | **$11,080.25** | **$11,080.25** | **$1,775.91** | **$9,304.34** | **$0.00** |
| | | | **Total for Unsecured Claims:** | **$11,080.25** | **$11,080.25** | **$1,775.91** | **$9,304.34** | **$0.00** |
| | | | **Total for Case :** | **$11,882.34** | **$11,882.34** | **$2,578.00** | **$9,304.34** | **$0.00** |